**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Juan Manuel COTA-CHAVEZ,**
**Defendant-Appellant.**

**No. 16-50438**

United States Court of Appeals,
Ninth Circuit.

Submitted September 26, 2017 *

Filed September 29, 2017

Emily J. Keifer, Assistant U.S. Attorney, Shital Thakkar, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Benjamin P. Davis, Assistant Federal Public Defender, Matthew W. Fleming, Attorney, Kristi A. Hughes, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Juan Manuel Cota-Chavez appeals from the district court's judgment and challenges the 48-month sentence imposed upon remand for resentencing following his guilty-plea conviction for importation of

methamphetamine and heroin, in violation of 21 U.S.C. §§ 952 and 960. We dismiss.

Cota-Chavez contends that the district court erred by denying him a minor role reduction under U.S.S.G. § 3B1.2(b). Because Cota-Chavez has been released from custody and is not subject to a term of supervised release, we dismiss the appeal as moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

